Law Office of Jennifer E. Tucek, PC
614 Lexington Avenue, 15th Floor
New York, New York 10022
(917) 669-6991
TucekLaw@Gmail.com

December 20, 2024

Magistrate Judge Lois Bloom
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11202

Re:  *Adams v. 212 Berry Corp et al.*
     Case No. 24-cv-05212

Dear Judge Bloom:

I represent the Plaintiff in the above captioned matter.  I write to advise the court that the matter has settled in principal and to request that all dates set forth in Your Honor's 12/18 Order be adjourned. The Parties are in the process of finalizing a settlement agreement.  We ask that in the event the court close the case, we be given 60 days to reopen.  Plaintiff shall file a Notice of Dismissal on or before February 20, 2025.  Thank you.

Respectfully,
/s/ Jennifer E. Tucek
Attorney for the Plaintiff