**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Michael Adams
     Plaintiff,
vs.

212 Berry Corp. and
Berry 212 Corp.,
     Defendants.

Case No. 1:24-cv-05212-LB

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AGAINST All DEFENDANTS**

     Pursuant to F.R.C.P 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against all Defendants.

February 28, 2025

Respectfully submitted,

*s/ Jennifer E. Tucek, Esq.*
Law Office of Jennifer Tucek, PC
*Attorney for Plaintiff*
Bar No. JT2817
641 Lexington Avenue, 15th Floor
New York, N.Y. 10022
(917) 669-6991
TucekLaw@Gmail.com

1